IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**$19,300.00 IN UNITED STATES CURRENCY,**

**Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil No. 5: 07-CV-385
(NAM/GJD)

### ORDER DIRECTING ENTRY OF AN UNCONTESTED JUDGMENT OF FORFEITURE

A Verified Complaint for Forfeiture having been filed with the Clerk of the United States District Court on April 12, 2007 seeking forfeiture of the defendant property, and the Clerk of the Court having issued a Warrant of Arrest *In Rem* authorizing and directing the United States Marshals Service to detain the defendant property in their custody, thereby bringing the defendant property under the jurisdiction of this Court; and all known interested parties having been served by certified mail, return receipt requested by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture, Notice of Forfeiture Action and Seizure and Warrant of Arrest *In Rem*; and notice of this forfeiture action and seizure having been published once a week for three consecutive weeks in a newspaper of general circulation, the **"Post Standard", Syracuse,** New York on May 15, May 22, and May 29, 2007; and this matter having come before this Court on July 18, 2007, on the return of the Warrant of Arrest *In Rem*, and no interested party having entered a written or verbal appearance or objection as a claimant; and

**WHEREAS,** upon information and belief all known potential claimants to the defendant property are not infants, in the military service of the United States or

incompetent persons, now it is hereby

**ORDERED, ADJUDGED AND DECREED,** that all claims with regard to the defendant **$19,300.00 in United States currency** are hereby barred and foreclosed forever, and it is further

**ORDERED, ADJUDGED AND DECREED,** that all right, title and interest to the defendant **$19,300.00 in United States currency** be and the same hereby is forfeited to the United States of America for disposition in accordance with law, and it is further

**ORDERED, ADJUDGED AND DECREED,** that the United States Marshals Service shall dispose of the defendant property in accordance with law, and it is further

**ORDERED, ADJUDGED AND DECREED,** that the costs of this action are to be borne by the United States of America, and it is further

**ORDERED, ADJUDGED AND DECREED,** that the Clerk of the Court shall enter judgment in accordance with this Order.

Dated: July 18, 2007

_____
HONORABLE NORMAN A. MORDUE
CHIEF UNITED STATES DISTRICT JUDGE