# *United States District Court*
# *Northern District of New York*

United States of America,

               V.

$19,300.00 in United States Currency

                     **Judgment in a Civil Case**
                        **Case Number**
                  **5:07cv-385 (NAM/GJD)**

[ ] **Jury Verdict.**  his action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED,** that all claims with regard to the defendant property are forever barred, and iti s further,

    **ORDERED,** that all right, title and interest to the defendant property be and the same forfeited to the United States of America, and it is further,

    **ORDERED,** that the U.S. Marshal shall dispose of the property in accordance with law, and it is,

    **ORDERED,** that the costs of this action be borne by the United States of America.

    All in accordance with the Chief Judge Mordue's Order directing Entry of an Uncontest Judgment of Forfeiture filed on July 18, 2007.

**Dated: July 20, 2007**                    **LAWRENCE K. BAERMAN**

                                     Clerk of Court

                                **Marie N. Marra, Deputy Clerk**